UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **DONNA LONGWOLF,** : | |
| Plaintiff : | |
| : | |
| v. : | C.A. No. 2017-0431-WES-LDA |
| : | |
| **ASHBEL T. WALL, alias, individually and in his** : | |
| **official capacity as director of the Rhode Island** : | |
| **Department of Corrections, et al.,** : | |
| Defendants : | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

Now comes the Plaintiff in the above-cited matter and does hereby move this Court pursuant to Federal Rule of Civil Procedure 41 (a)(2) to permit her to voluntarily dismiss the within action, without prejudice or conditions, subject to a hearing and approval of the Court in the manner and for reasons set forth in her memorandum of law filed under seal simultaneously herewith.

**WHEREFORE**, Plaintiff respectfully prays that this Court grant her the relief as requested in her memorandum of law filed simultaneously herewith.

| | |
|---|---|
| **Dated:  December 29, 2020** | Plaintiff, Donna Longwolf |
| | By her Attorneys, |
| | **SINAPI LAW ASSOCIATES, LTD.** |
| | |
| | /s/ **Richard A. Sinapi** |
| | Richard A. Sinapi, Esq. (#2977) |
| | 2374 Post Road, Suite 201 |
| | Warwick, RI  02886 |
| | Phone: (401) 739-9690; FAX:  (401) 739-9040 |
| | Email:  ras@sinapilaw.com |

**CERTIFICATION**

I hereby certify that on the **29th** day of **December, 2020** this document was filed electronically and is available for viewing and downloading from the ECF system and that service is being accomplished electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ **Richard A. Sinapi**
